CO-386
10/2018

# United States District Court
# For the District of Columbia

Utopian Wireless Corporation )
)
)
)
Plaintiff )
vs )   Civil Action No. 20-3480
Castleton State College, et al. )
)
)
)
Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Utopian Wireless Corporation__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Utopian Wireless Corporation__ which have any outstanding securities in the hands of the public:

N/A

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Andrew Crawford_____
Signature

1032080
BAR IDENTIFICATION NO.

Andrew Crawford
Print Name

601 13th Street NW, Suite 600
Address

Washington   D.C.        20005
City         State       Zip Code

202-536-1731
Phone Number